UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>       Plaintiff,<br><br>    v.<br><br>F. VELASCO, et al.,<br><br>       Defendants. | No. 1:20-cv-00543-NONE-EPG (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. No. 12) |

      William J. Gradford ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 18, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "all claims and defendants be dismissed, except for Plaintiff's claims against Defendant F. Velasco for verbal harassment in violation of the Fourteenth Amendment and against Defendants F. Velasco and T. Webster for retaliation in violation of the First Amendment." (Doc. No. 12 at p. 2).

      Plaintiff was provided an opportunity to file objections to the findings and recommendations.  Plaintiff filed a statement of non-objection on August 26, 2020. (Doc. No. 14).

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on August 18, 2020 (Doc. No. 12), are ADOPTED in full;
2. All claims and defendants are dismissed, except for plaintiff's claims against defendant F. Velasco for verbal harassment in violation of the Fourteenth Amendment and against defendants F. Velasco and T. Webster for retaliation in violation of the First Amendment; and
3. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **September 2, 2020**    /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE