UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>F. VELASCO and T. WEBSTER,<br><br>Defendants. | No. 1:20-cv-00543-NONE-EPG (PC)<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' ANSWER<br><br>(ECF No. 21) |

On October 30, 2020, Defendants F. Velasco and T. Webster filed an answer to Plaintiff William J. Gradford's complaint. On November 12, 2020, Plaintiff filed a "Request to File Plaintiff's Reply Brief to Answerring [sic] Defendants in this Case" (ECF No. 21), which the Court will treat as a motion for leave to file a reply brief, and a corresponding reply brief (ECF No. 22).

In his motion, Plaintiff discusses his attempts to serve a reply brief to Defendants' answer "before the deadline." (ECF No. 21 at 1). However, there is no deadline to file a response to the answer. Currently, the pending deadlines for Plaintiff are to exchange initial disclosures and file a scheduling conference statement. (*See* ECF No. 20). There is no need to file a reply to Defendants' answer. Therefore, the Court will deny Plaintiff's motion. He may raise any arguments in his reply brief again at an appropriate time.

///

1

In addition, Plaintiff goes into some detail about his attempts to serve Defendants' attorney with a copy of his motion. He does not need to serve Defendants' attorney with anything he files with the Court. As set forth in the Court's First Informational Order, filing a document with the Court is sufficient service of a motion:

> Once an attorney for a defendant appears in a pro se plaintiff's civil rights action (by filing an answer, a motion to dismiss, a motion for summary judgment, etc.), that attorney's office will receive notice of all filings through the Court's electronic filing system (ECM/ECF).  A pro se plaintiff need not serve documents on counsel for a defendant; the date of the electronic Notice from ECM/ECF is the date of service.  Local Rule 135(a).  However, for purposes of application of the "Mailbox Rule," see *Douglas v. Noelle*, 567 F.3d 1103, 1107 (9th Cir. 2009), on all documents filed with the Court, the pro se plaintiff must attach a Proof of Service, indicating the date on which the filing was turned over to prison authorities.  A document submitted without proof of service may be stricken/returned or if filed after the deadline, deemed not timely filed.

(ECF No. 3 at 4).

Accordingly, Plaintiff's motion for leave to file a reply brief (ECF No. 21) is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **November 17, 2020**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE