UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>             Plaintiff,<br><br>      v.<br><br>F. VELASCO, et al.,<br><br>             Defendants. | No.  1:20-cv-00543-NONE-EPG (PC)<br><br>ORDER DENYING MOTION FOR CAMERA REVIEW WITHOUT PREJUDICE<br><br>(ECF No. 31) |

On February 19, 2021, Plaintiff William J. Gradford ("Plaintiff"), a former pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action, filed a "Motion for Camera Review." (ECF No. 31).  On March 4, 2021, Plaintiff filed a request to voluntarily dismiss the motion without prejudice. (ECF No. 33). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for camera review (ECF No. 31) is DENIED, WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:     **March 8, 2021**                         /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1