UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>              Plaintiff,<br><br>       v.<br><br>F. VELASCO and T. WEBSTER,<br><br>              Defendants. | No.  1:20-cv-00543-NONE-EPG (PC)<br><br>ORDER DENYING MOTION FOR SETTLEMENT CONFERENCE WITHOUT PREJUDICE<br><br>(ECF No. 30)<br><br>ORDER FOR THE PARTIES TO FILE JOINT STATEMET CONCERNING A SETTLEMENT CONFERENCE NO LATER THAN AUGUST 17, 2021<br><br>ORDER GRANTING MOTION FOR COPY OF ORIGINAL COMPLAINT<br><br>(ECF No. 35) |

Plaintiff William J. Gradford ("Plaintiff"), is a former pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 16, 2021, Plaintiff filed a motion requesting a settlement conference. (ECF No. 30). On March 10, 2021, Plaintiff filed a motion requesting a copy of the complaint. (ECF No. 35).

With respect to Plaintiff's motion requesting a settlement conference, (ECF No. 30), the Court will deny the motion without prejudice for the reasons discussed on the record at the scheduling conference. However, the district judge will require a settlement conference before this case proceeds to trial. Therefore, the Court will order Defendants to file a statement no later

than August 17, 2021 indicating when they want to have a settlement conference before trial (to the extent the matter is not otherwise resolved by dispositive motion).

With respect to Plaintiff's motion requesting signed statements attached to the original complaint, (ECF No. 35), the motion requests that the Court provide Plaintiff with copies of exhibits attached to his initial complaint. Plaintiff states that due to COVID-19, he does not have access to a library or any other ability to obtain these documents. The Court will construe Plaintiff's motion as requesting a free copy of his complaint.

Plaintiff is advised that the Clerk of Court does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). In this instance, in light of the fact that Plaintiff has shown a need for a copy as he has no other, *see Spisak v. State of Nevada*, 2007 WL 1612293, *3 (D. Nev. June 1, 2007), and because Plaintiff's complaint is not voluminous, the Court will make a one-time exception and provide Plaintiff with a free copy of his original complaint. In the future, Plaintiff must retain a copy of all documents submitted to the Court. Plaintiff will be required to pay for copies in the future.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion requesting a settlement conference (ECF No. 30) is DENIED, WITHOUT PREJUDICE;
2. No later than August 17, 2021, Defendants shall file a statement indicating when they want to have a settlement conference before trial;
3. Plaintiff's motion requesting a copy of his complaint, (ECF No. 35), is GRANTED; and
4. The Clerk of Court is directed to send Plaintiff a copy of his original complaint filed on April 16, 2020, (ECF No. 1).

IT IS SO ORDERED.

Dated: **March 11, 2021**       /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE