UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. VELASCO and T. WEBSTER,<br><br>　　　　Defendants. | No.  1:20-cv-00543-NONE-EPG (PC)<br><br>ORDER CONCERNING NOTICE FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 42) |

　　　　On April 16, 2021, Plaintiff William J. Gradford, a former pretrial detainee proceeding *pro se* and *in forma pauperis*, filed a document entitled "Plaintiff request dismiss cases and all pending other cases voluntar[i]ly claims and defendants." (ECF No. 42). Plaintiff's filing states that Plaintiff "voluntarily dismiss[es]` this case all claims and defendants and resachedule settlement conference note above Plaintiff does not name Trexiera as defendant, so the court will not address the viability of a claim against Trexiera for retaliation as stated."

　　　　Because Defendants have filed an answer, (ECF No. 19), and did not stipulate to the voluntary notice, a plaintiff may dismiss this case under Rule 41(a) only upon with Defendants' stipulation, Fed. R. Civ. P. 41(a)(1)(A)(ii), or upon a motion and court order, *id.* 41(a)(2). *Accord Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) ("Once the defendant serves an answer or a motion for summary judgment, however, the plaintiff may no longer voluntarily dismiss under Rule 41(a)(1), but must file a motion for voluntary dismissal under Rule 41(a)(2).

Unlike a Rule 41(a)(1) notice of dismissal, a Rule 41(a)(2) motion requires court approval." (citations omitted)).

A Rule 41(a)(2) motion for voluntarily dismissal "is addressed to the district court's sound discretion." *Stevedoring Serv. of Am. v. Armilla Intern. B.V.*, 889 F.2d 919, 921 (9th Cir.1989). "A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir.2001). " '[L]egal prejudice' means 'prejudice to some legal interest, some legal claim, some legal argument.' " *Id*. at 976 (quoting *Westlands Water Dist. v. United States*, 100 F.3d 94, 97 (9th Cir.1996)).

Accordingly, Defendants are directed to file a response or statement of non-opposition to the notice within fourteen (14) days of the date of this order. Alternatively, the parties may file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **April 19, 2021**            /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE