| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>F. VELASCO, et al.,<br><br>    Defendants. | No. 1:20-cv-00543-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 50) |

Plaintiff William J. Gradford is a former pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil-rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 16, 2021, plaintiff filed a motion to voluntarily dismiss this case and all other pending cases he had brought. (Doc. No. 42.) On April 19, 2021, plaintiff filed a motion for an order, requesting "effect order notice electronic filing." (Doc. No. 45.) Then, on April 28, 2021, plaintiff filed a motion to withdraw his motion to dismiss. (Doc. No. 49.) On April 30, 2021, the assigned magistrate judge entered findings and recommendations, recommending that plaintiff's motion to withdraw his motion to dismiss (Doc. No. 49) be granted and that plaintiff's motion to dismiss this action and all other pending cases (Doc. No 42) and motion for order (Doc. No. 45) both be denied. (Doc. No. 50.)

Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 6.) On May 17, 2021, plaintiff filed a document entitled "objection to magistrate judge findings and recommendations (Doc. No. 50.)" (Doc. No. 63.) However, plaintiff did not actually list any objections in the body of the filing.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on April 30, 2021, (Doc. No. 50), are ADOPTED IN FULL;
2. Plaintiff's motion to withdraw his motion to dismiss this action and all other pending actions, (Doc. No. 49), is GRANTED;
3. Plaintiff's motion to dismiss, (Doc. No. 42), is DENIED; and
4. Plaintiff's motion for order, (Doc. No. 45), is DENIED.

IT IS SO ORDERED.

Dated: **June 2, 2021**

UNITED STATES DISTRICT JUDGE