UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. VELASCO, et al.,<br><br>　　　　Defendants. | No. 1:20-cv-00543-NONE-EPG (PC)<br><br><u>ORDER REGARDING OBJECTIONS</u><br><br>(Doc. No. 72) |

　　　Plaintiff William J. Gradford is a former pretrial detainee who filed this civil rights action on April 16, 2020, pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On July 1, 2021, the magistrate judge entered findings and recommendations, recommending that this case be dismissed without prejudice as voluntarily dismissed and providing the parties 14 days to file any objections.  (Doc. No. 70.)  After no timely objections were filed, this court adopted the findings and recommendations on August 2, 2021, and this case was closed.  (Doc. No. 71.)

　　　On September 20, 2021, plaintiff filed a document titled "objection due process clause," which the court assumes is intended as objections to the magistrate judge's findings and recommendations to dismiss this case.  (Doc. No. 72.) These objections are untimely, and even

/////

if they were not, they fail to state any coherent objections or a reason for the court to reopen the case.

Accordingly, IT IS ORDERED that this case remains closed.

IT IS SO ORDERED.

Dated: __**October 5, 2021**__            _____
                                          UNITED STATES DISTRICT JUDGE